UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARIA BABAOSHANAZOUMALAN,<br><br>Plaintiff,<br><br>v.<br><br>CHAD F. WOLF, Acting Secretary of Homeland Security, United States Department of Homeland Security,<br><br>Defendant. | Case No.  1:20-cv-01588-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL<br><br>(ECF No. 6) |

On December 1, 2020, Plaintiff Michelle Maria Babaoshanazoumalan filed a notice of voluntary dismissal of entire action. (ECF No. 6.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **December 2, 2020**           /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE

1